UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JANEELE GUYTON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No.  4:13-CV-01899-TIA |
| | ) | |
| | ) | |
| TURNING POINT SOLUTIONS, LLC, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon review of the record, the Court notes that the file contains no proof of service upon nor entry of appearance on behalf of defendants TURNING POINT SOLUTIONS, LLC, JOHN GRAZIANO, TED BURNS, "JANE DOE" ROBERSON, and TIMOTHY COOPER.  Because it does not appear that service of the complaint has been timely made within 120 days after the filing of the complaint on September 25, 2013,

**IT IS HEREBY ORDERED**, pursuant to Fed.R.Civ.P. 4(m), that plaintiffs shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed without prejudice as to defendants TURNING POINT SOLUTIONS, LLC, JOHN GRAZIANO, TED BURNS, "JANE DOE" ROBERSON, and TIMOTHY COOPER for lack of timely service.

                                                          _____/s/ Terry I. Adelman_____
                                                          UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of February, 2014.